**NONPRECEDENTIAL DISPOSITION**
To be cited only in accordance with Fed. R. App. P. 32.1

# United States Court of Appeals

For the Seventh Circuit
Chicago, Illinois 60604
Submitted July 23, 2018
Decided July 24, 2018

Before

RICHARD A. POSNER, *Circuit Judge*[*]

FRANK H. EASTERBROOK, *Circuit Judge*

DIANE S. SYKES, *Circuit Judge*

| | |
|---|---|
| No. 16-3041 | Appeal from the United States District Court for the Eastern District of Wisconsin. |
| SANDRA RIEDERER, *Plaintiff-Appellee,* | |
| *v.* | No. 15-C-1292 William C. Griesbach, *Chief Judge.* |
| UNITED HEALTHCARE SERVICES, INC., *Defendant-Appellant.* | |
| | On Remand from the Supreme Court of the United States. |

**Order**

The decision of the district court is vacated, and the case is remanded for further proceedings in light of *Epic Systems Corp. v. Lewis*, 138 S. Ct. 1612 (2018).

---

[*] Circuit Judge Posner retired on September 2, 2017, and did not participate in the decision of this case, which is being resolved by a quorum of the panel under 28 U.S.C. §46(d).